THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 3:18-cr-00310 |
| v. | : (JUDGE MARIANI) |
| | : |
| GILROY ST. PATRICK STEWART, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 17th DAY OF JUNE 2021, upon consideration of Defendant's Motion to Suppress Evidence (Doc. 68) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** THAT Defendant's Motion to Suppress Evidence (Doc. 68) is **DENIED**.

Robert D. Mariani
United States District Judge